FILED
2009 MAY 15 PM 1:37

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
(HONORABLE BARRY TED MOSKOWITZ)

UNITED STATES OF AMERICA,

   Plaintiff,

vs.

EDWARD H. CHIEN (14), et al.,

   Defendants.

Case No.: 08CR02288-14-BTM

ORDER FOR UNITED STATES PROBATION TO PREPARE A CRIMINAL HISTORY REPORT

Good cause appearing therefore, **IT IS HEREBY ORDERED** that the U. S. Probation Office prepare a criminal history report for Defendant, EDWARD H. CHIEN (14). A copy shall not be provided to the Court.

IT IS SO ORDERED.

Dated: 5-11-09

BARRY TED MOSKOWITZ
United States District Judge